UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-050 JD |
| | ) | |
| JANAK PAREKH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 11, 2012 [DE 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Janak Parekh's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 7 U.S.C. § 2024(b).

SO ORDERED.

ENTERED:   July 31, 2012

                                                       /s/ JON E. DEGUILIO
                                                  Judge
                                                  United States District Court